UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LETTERIOUS ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-015 |
| | ) | |
| AARON PINEIRO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Letterious Alexander filed this case asserting 42 U.S.C. § 1983 claims against Coastal State Prison officials and employees related, in part, to a prison bus crash. *See generally* doc. 1; *see also* doc. 12 at 1-2. The Court granted him leave to proceed *in forma pauperis* and directed him to complete and return the necessary forms. *See generally* doc. 5. When he did not return one of the forms, the Court directed him to correct the omission and show cause for his failure. *See* doc. 12 at 2-3. He was directed to respond to the Court's Order by no later than May 12, 2025. *Id.* at 3. He did not. *See generally* docket. The Order was returned by the United States Post Office as undeliverable. *See* doc. 13 at 15. It, therefore, appears that, in addition to failing to comply with the Court's

Order, Alexander has also failed to keep the Court apprised of his current address. *See, e.g.,* S.D. Ga. LR Civ. 11.1.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Alexander's failure to comply with the Court's Order and its Local Rules provides a sufficient reason to dismiss his Complaint.

Accordingly, Alexander's Complaint is **DISMISSED** for failing to obey a court order, failing to prosecute his case, and failing to comply with this Court's Local Rules. *See, e.g.,* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 19th day of May, 2025.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA